UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TED BAXTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:09-cv-03818 |
| vs. | ) | |
| | ) | Honorable Robert M. Dow, Jr. |
| SUN LIFE ASSURANCE | ) | |
| COMPANYOF CANADA, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR JUDGMENT UNDER FED.R.CIV.P. 52**

Defendant, Sun Life Assurance Company of Canada, moves for judgment on the

written record, pursuant to Fed.R.Civ.P. 52 and the Employee Retirement Income

Security Act of 1974, as amended, 29 U.S.C. §1001, *et seq.* ("ERISA"). In support

hereof, Defendant attaches (a) the Declaration of Steven J. Leask, with exhibits; and (b)

the Deposition of Robert Goodall. Defendant also incorporates by reference its Trial

Brief and Statement of Facts, filed contemporaneously herewith.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
P.C.

/s/ Mark E. Schmidtke
Mark E. Schmidtke, #17833-45
Eric P. Mathisen, #19475-71 (IN)
225 Aberdeen Drive, Suite F
Valparaiso, IN 46385
Tel: (219) 242-8666
Fax: (219) 242-8669
mark.schmidtke@ogletreedeakins.com
eric.mathisen@ogletreedeakins.com

## CERTIFICATE OF SERVICE

     I certify that a copy of the foregoing document has been filed electronically, on September 30, 2010.  Notice of this filing will be served on all counsel of record via the Court's ECF filing system as follows:.


Mark D. DeBofsky
Law Offices of Daley, DeBofsky & Bryant
55 W Monroe St., Ste 2440
Chicago, IL  60603


/s/ Mark E. Schmidtke

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
225 Aberdeen Drive, Suite F
Valparaiso, IN 46385
Telephone:  (219) 242-8666
Facsimile:   (219) 242-8669